UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD MICHAEL ANTHONY LEE,

      Petitioner,

v.                                     Case No. 3:13cv592/MCR/EMT

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 2, 2014 (doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 24) is **GRANTED**.

3.    Petitioner's amended habeas petition (doc. 5) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

4.    All pending motions are **DENIED as moot**.

5.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of October, 2014.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**